OPINION — AG — ALTHOUGH THE STATE INSURANCE FUND APPEARS TO HAVE SUFFERED NO LOSS, IN EITHER PRINCIPAL OR INTEREST BY REASON OF SUCH DEPOSITS, THE COMMISSIONER OF THE STATE INSURANCE FUND IS NOT AUTHORIZED BY LAW TO DEPOSIT FUNDS OF THE STATE INSURANCE FUND IN ANY PRIVATE BANK OR BANKS. CITE: 85 O.S. 1961 138 [85-138], 62 O.S. 1961 76 [62-76], 62 O.S. 1961 74 [62-74], 85 O.S. 1961 135 [85-135], 85 O.S. 1961 131 [85-131] (HARVEY CODY)